**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:08cr107-MHT** |
| | ) | **(WO)** |
| **ERSKINE JACKSON** | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 14, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. #39), forfeiting the following firearm to the United States: a Charter Arms, Undercover .38 caliber handgun, bearing serial number 734818.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the firearm is of *de minimus* value and publication would exceed the firearm's value; and,

WHEREAS, the Court finds that defendant Erskine Jackson has an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), and the United States has established the requisite nexus between said firearm in the commission of the violation of Title 18, United States Code, Section 922(g)(1); Title 21, United States Code, Section 841(a)(1); and, Title 18, United States Code, Section 924(c)(1).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion for a final order of forfeiture (Doc. # 44) is granted as follows:

1. The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c): a Charter Arms, Undercover .38 caliber handgun, bearing serial number 734818.

2. All right, title and interest to the firearm described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 15th day of April, 2009.

                                             /s/   Myron H. Thompson
                                            UNITED STATES DISTRICT JUDGE