IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr107-MHT |
| | ) | (WO) |
| ERSKINE JACKSON | ) | |

ORDER

Based on the representations made on the record on February 20, 2020, and based on the response filed by defendant Erskine Jackson on February 21 (doc. no. 81), it is ORDERED as follows:

(1) The petition for modification (doc. no. 77) is granted.

(2) The following is added as a condition for defendant Erskine Jackson's supervised release: Defendant Jackson shall reside in a residential reentry center (RRC) maintained or under contract to the Federal Bureau of Prisons for a term of six months and shall comply with the rules that facility. This term shall begin at a time

designated by the Bureau of Prisons or the supervising probation officer.

(3) The five charges in the modification petition (doc. no. 77) remain pending and can still be the subject of a later revocation and/or modification request.

DONE, this the 24th day of February, 2020.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**