```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
    v.                      )        2:08cr107-MHT
                            )             (WO)
ERSKINE JACKSON             )
```

## MENTAL-HEALTH ORDER

It is ORDERED as follows:

(1) Defense counsel is to arrange for defendant Erskine Jackson to receive a thorough mental-health evaluation by Dr. Adriana Flores, which should include any treatment recommendations Dr. Flores may have. The report of this evaluation should be filed with the court on or before March 24, 2021.  If Dr. Flores is unable to complete the evaluation and report by March 24, 2021, defense counsel should instead file on or before that date an explanation as to when the court will receive Dr. Flores's report.

(2) After receiving Dr. Flores's report, the court

will confer with the AUSA, defense counsel, and the supervising probation officer, and possibly even hold a hearing, to determine any additional treatment for defendant Jackson based on Dr. Flores's recommendations.

DONE, this the 22nd day of February, 2021.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**