IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
   v.                       )        2:08cr107-MHT
                            )             (WO)
ERSKINE JACKSON             )
```

## ORDER

Upon review of defense counsel's latest report on defendant Erskine Jackson's mental-health and substance-abuse treatment (Doc. 140), it is ORDERED that defense counsel is to file a report on or before May 20, 2021, indicating the results of defendant Jackson's psychiatric consultation at River Region Behavioral Health. If there have been any changes to the status of defendant Jackson's outpatient treatment at Alethia House or his health insurance since defense counsel's last report, the report should note those changes as well.

DONE, this the 29th day of April, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE