IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:08cr107-MHT |
| | ) | (WO) |
| ERSKINE JACKSON | ) | |

ORDER

By agreement of the parties made on the record on March 3, 2025, it is ORDERED that the proceedings on defendant Erskine Jackson's motion to release his detainer and set a hearing on his revocation petition (Doc. 157) are continued generally, and that, by March 10, 2025, the parties are to file a joint statement on how to proceed in this case.

DONE, this the 4th day of March, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE