AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| ERSKINE JACKSON | ) | Case No.  2:08-cr-107-ECM-CWB |
|  | ) | USM No.  12547-002 |
|  | ) | Stephen P. Ganter |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   1, 2, 3, 4, 5, 6, 7, and 8   of the term of supervision.

☑ was found in violation of condition(s) count(s)   9, 10, and 11   after pleading no contest.

The defendant is adjudicated guilty of these violations:
*Violation 12 and 13 Dismissed on Government's Oral Motion.

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to report to the probation officer as instructed | 05/25/2021 |
| 2 | Defendant did not report to the probation officer a change of address | 05/25/2021 |

The defendant is sentenced as provided in pages 2 through   3   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  0065

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Montgomery, Alabama

10/29/2025
Date of Imposition of Judgment

/s/ Emily C. Marks
Signature of Judge

Emily C. Marks, Chief United States District Judge
Name and Title of Judge

11/05/2025
Date

DEFENDANT: ERSKINE JACKSON
CASE NUMBER: 2:08-cr-107-ECM-CWB

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 3 | Defendant unlawfully used a controlled substance | 06/23/2021 |
| 4 | Defendant had contact with Regina Smith, without the approval from the supervising probation officer | 05/20/2021 |
| 5 | Defendant failed to complete the anger management class at EVEN | 05/24/2021 |
| 6 | Defendant unlawfully used a controlled substance | 03/25/2021 |
| 7 | Defendant had contact with Regina Smith, without the approval from the supervising probation officer | 06/23/2021 |
| 8 | Defendant unlawfully used a controlled substance | 05/20/2021 |
| 9 | Defendant committed another federal, state or local crime | 05/29/2022 |
| 10 | Defendant committed another federal, state or local crime | 05/29/2022 |
| 11 | Defendant committed another federal, state or local crime | 05/29/2022 |

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page 3 of 3

DEFENDANT: ERSKINE JACKSON
CASE NUMBER: 2:08-cr-107-ECM-CWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

27 Months, with no term of supervision to follow. This sentence shall run concurrently with any sentence imposed in the State Court action pending in Montgomery County Circuit Court, Case No. CC-2009-765. The term of supervised release imposed on February 18, 2021, is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL